# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Medina K. Blanton　　　　　　　　　　　　Docket No. 5:12-CR-273-1BO

## Petition for Action on Supervised Release

COMES NOW Matti Liebler, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Medina K. Blanton, who, upon an earlier plea of guilty to Wire Fraud 18 U.S.C. § 1343, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 16, 2013, to the custody of the Bureau of Prisons for a term of 12 months and one day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years.

Medina K. Blanton was released from custody on January 23, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since being released from custody on January 23, 2014, the defendant has struggled to secure employment. On June 27, 2014, she found verifiable, full-time employment at The ARC Community for Alzheimer's Care in Jacksonville, North Carolina. She earns $11.00 per hour and works 40 hours per week. On September 15, 2014, after discussions with Legal Assistant Charlene Harris, and Assistant U.S. Attorney Norman Acker, the U.S. Attorney's Office for Eastern North Carolina decided against scheduling a deposition hearing for the defendant, and allowing the U.S. Probation Office to seek a payment reduction with the court. It is noted that the defendant is currently separated from her husband, and in consideration of her financial situation, the Probation Officer respectfully recommends the monthly payment obligation be modified from $500.00 to $250.00 per month beginning November 2014.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant's monthly payment obligation be modified from $500.00 to $250.00 per month beginning November 2014.

Medina K. Blanton
Docket No. 5:12-CR-273-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matti Liebler
Matti Liebler
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-347-9038
Executed On: November 19, 2014

## ORDER OF COURT

Considered and ordered this _20_ day of _November_, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge